```
ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG (201279)
TAEVA C. SHEFLER (291637)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL Case No. 4:22-md-03047-YGR |
| This Document Relates To: | Case No. 4:23-cv-05257 |
| MIAMI-DADE COUNTY PUBLIC SCHOOLS DISTRICT, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| Plaintiff, | |
| vs. | |
| META PLATFORMS, INC., FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, META PAYMENTS INC., FACEBOOK TECHNOLOGIES, LLC, INSTAGRAM, LLC, SICULUS, INC. ALPHABET INC., XXVI HOLDINGS INC., GOOGLE LLC, YOUTUBE, LLC, SNAP INC., TIKTOK INC., and BYTEDANCE INC., | |
| Defendants. | |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

*s/ Aelish M. Baig*
ATTORNEY OF RECORD FOR PLAINTIFF
MIAMI-DADE COUNTY PUBLIC SCHOOLS
DISTRICT

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - - 1 -